SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted February 16, 2016; decided April 5, 2016

Motion, insofar as it seeks leave to appeal from the June 2015 Appellate Division order, dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals for leave to appeal (26 NY3d 944 [2015]) from the same Appellate Division order from which he currently seeks leave to appeal (*see Selinger v Selinger*, 90 NY2d 842 [1997]); motion, insofar as it seeks leave to appeal from the July 2015 Appellate Division order, dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.